*JAN LYNN*
*OFFICIAL COURT REPORTER*
*21ST JUDICIAL DISTRICT*
*P.O. BOX 358*
*GIDDINGS, TX  78942-0358*
*979.542.2947*
*979.542.2444 Facsimile*
*janlynn54@gmail.com*

December 1, 2015

Mr. Jeffrey D. Kyle, Clerk                     Via: 3rdclerksandreporters@txcourts.gov
Third Court of Appeals
Price Daniel, Sr. Building
209 West 14th Street, Room 101
Austin, TX  78701

Re:     Court of Appeals Number:     03-15-00653-CV
        Trial Court Case Number:     29,504

Style:   Regency Nursing Center Partners of Bastrop, Ltd. d/b/a Bastrop Lost Pines Nursing and
         Rehabilitation Center
         v
         Jerry Haywood, Lillie Piper, Geneva McMarion, Hulisher Haywood, Dorothy Haywood-Dockery,
         Individually and as Representatives of the Estate of Margaret Haywood, Deceased

Dear Mr. Kyle,

The reporter's record was due to be filed yesterday.  Due to duties related to matters before the court , other requests for reporter's records, and the length of this record, including voluminous exhibits, I am requesting an additional 60 days to complete and file the record.

Please contact me if you have any questions.

Sincerely,

/s/ Jan Lynn

Jan Lynn